JUDGE SEIBEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
DEIRDRE RYAN

**10 CIV 6248**

COMPLAINT

Plaintiff,

-against-

NORTHSTAR LOCATION SERVICES, LLC

Defendant.
-----------------------------------------------------------------

## COMPLAINT FOR VIOLATIONS
## OF THE FAIR DEBT COLLECTION PRACTICES ACT

Plaintiff Deirdre Ryan by and through her attorney, Kleinman LLC, files this complaint against defendant Northstar Location Services LLC for its violations of the Fair Debt Collection Practices Act.

### Introduction

1.  This action seeks redress for the illegal practices of Defendant, Northstar Location Services, LLC concerning the collection of debt, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

### Jurisdiction and Venue

2.  This Court has Federal question jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.  Venue is proper in this District because the acts and transactions that give rise to this occurred, in substantial part, in this District. Additionally, Defendant transacts business here.

4.  Deirdre Ryan is a citizen of the State of New York who resides in this District.

5.      Deirdre Ryan is a "Consumer" as that term is defined by § 1692(a)(3) of the FDCPA in that the alleged debt that the Defendant, Northstar Location Services, LLC sought to collect from her is a consumer debt, purportedly owed to Discover Card.

6.      Upon information and belief, Defendant Northstar Location Services, LLC is a Domestic Limited Liability Company.

7.      Defendant, Northstar Location Services, LLC is regularly engaged in the collection of debts allegedly owed by consumers.

8.      Defendant, Northstar Location Services, LLC is a "Debt Collector" as that term is defined by § 1692(a)(6) of the FDCPA.

9.      On or about July 21, 2010, Plaintiff received an initial debt collection letter from Northstar Location Services LLC.  **Exhibit A**.

10.     On July 27, 2010, counsel transmitted a letter pursuant to 15 U.S.C. section 1692c(a)(2) advising the debt collector that Abraham Kleinman represents Deirdre Ryan and provided Abraham Kleinman's name, firm name and address.  **Exhibit B**.

11.     Northstar Location Services LLC indicated that it could not accept such letter of representation absent a Power of Attorney signed by Deirdre Ryan.

12.     On or about July 29, 2010, Plaintiff received the letter attached as **Exhibit C** which acknowledged Ms. Ryan's dispute, and required Ms. Ryan to provide her Driver License and detail of her dispute.  **Exhibit C**.

13.     **Exhibit C** stated "This is an attempt to collect a debt and any information

obtained may be used for that purpose."

14.     Defendant violated 15 U.S.C. sections 1692b(6) and 1692c(a)(2) by failing to accept representation of a consumer by an attorney, as required, with regard to the subject debt after the attorney has provided the attorney name and address.

15.     Defendant's violated 15 U.S.C. sections 1692e(10) and 1692g, by failing to verify a timely disputed debt and by requiring disputes to be accomplished in a manner not contemplated by the Fair Debt Collection Practices Act.

## AS AND FOR A FIRST CAUSE OF ACTION

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

16.     Ryan realleges and incorporates herein by reference, all the foregoing paragraphs as if set forth fully herein.

17.     Upon information and belief, Northstar Location Services, LLC maintains a policy not to accept letters of representation from counsel in violation of 15 U.S.C. 1692b(6) and 1692c(a)(2).

18.     Collection campaigns, such as those of Defendant, Northstar Location Services, LLC are to be evaluated by the objective standard of the hypothetical "least sophisticated consumer."

19.     Section 1692e(10) prohibits the use of false representations during attempts to collect debt.

20.     Section 1692g(b) requires the debt collector to cease further communication with

the consumer upon the debt collector's receipt of the consumer's letter of dispute until it verifies the disputed debt.

21. Defendant violated §§ 1692b(6), 1692c(a)(2), 1692e(10) and 1692g of he FDCPA by failing to acknowledge attorney representation, by failing to provide verification of the disputed debt and by causing a represented consumer to receive further communication regarding a disputed debt despite timely dispute by an attorney of her choosing.

**WHEREFORE**, the plaintiff requests that this Court grant the following relief in their favor, against Northstar Location Services, LLC as follows:

a) The maximum statutory damages provided by section 1692k of the FDCPA against each defendant;

b) Attorney's fees, litigation expenses and costs;

c) Any other relief that this Court deems just and proper.

Dated: Uniondale, New York
August 17, 2010

Abraham Kleinman (AK-6300)
Attorney at Law
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile (888) 522-1692

Plaintiff requests trial by jury on all issues so triable.

Abraham Kleinman (AK-6300)

EXHIBIT A

4285 Genesee Street
Cheektowaga NY 14225-1943

**NORTHSTAR LOCATION SERVICES, LLC**
1-866-224-9625
Hours Mon-Thur 8AM-10PM EST.
Fri 8AM-8PM, Sat 8AM-4PM EST

July 20, 2010

| Creditor: | Discover Card |
|---|---|
| Account Number: | ************9944 |
| Balance Due: | $2,890.45 |
| Amount Remitted: | $ |

201000000649938-LT1   *B-01-74J-AM-03760-15

****************************SNGLP
DEIRDRE RYAN
76 HEMLOCK CI # 76
PEEKSKILL NY 10566

NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT.
PO BOX 49
BOWMANSVILLE NY 14026-0049

*To ensure proper credit, return this portion with your payment.*

| Creditor | Account # | Balance Due | Amount Remitted |
|---|---|---|---|
| Discover Card | ************9944 | $2,890.45 | |

The above account has been referred to our office by Discover Card. Your account is listed as delinquent with a total amount due of $2,890.45.

Federal law requires that we inform you this communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the Department of Consumer Affairs, the City of New York License # 1179143.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

To make paying your account more convenient we offer the following payment options:
- Check-by-phone at 1-866-224-9825
- MoneyGram ExpressPayment
- Credit or Debit Card
- Web Pay at www.gotonls.com
- Pay in person at our office
- Enclose your payment in the envelope

You may contact a Northstar Account Representative toll free at 1-866-224-9825 or direct dial our Remittance Department at 1-866-224-9825 to make your payment. In the event your payment is returned by your financial institution for non-sufficient funds because the account was closed, a service fee in the amount of $15.00 will be assessed, unless prohibited by state or federal law.


ACA

Payment website: https://www.gotonls.com

Exhibit B

LAW OFFICE
# KLEINMAN LLC
**626 REXCORP PLAZA**
**UNIONDALE, NEW YORK 11556-0626**

**ABRAHAM KLEINMAN**
**ATTORNEY AT LAW**

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

July 27, 2010

**VIA FACSIMILE ONLY TO**
**(716) 565-6928**
Northstar Location Services, LLC
PO Box 49
Bowmansville, New York 14026-0049

> Re:                Deirdre Ryan
> Creditor:          Discover Card
> Account Number:    9944
> Disputed Balance Due: $2,890.45
> **201000000649938-LT1**

Dear Sir or Madam:

Please be advised that I represent Deirdre Ryan.

Please be advised that Ms. Ryan disputes the validity of all portions of the above referenced Discover card debt claimed in the enclosed July 20, 2010 collection letter.

Please send Abraham Kleinman verification of this Disputed debt.

Sincerely,

Abraham Kleinman

Exhibit C

LDWORA01 0012043
Deirdre Ryan
5031 Vine Cliff Way W
Palm Bch Gdns FL 33418-5101

Discover Card Account Ending In: 9944

Dear Deirdre Ryan:

We have been made aware of your dispute. In order to assist us with our investigation, we are requesting the following information:

- A copy of your driver's license or an official document containing your signature
- A detailed letter including any documentation to substantiate your dispute

Thank you in advance for your assistance in timely resolution of your dispute.

Sincerely,

Charles Jones
DFS Services LLC

This is an attempt to collect a debt and any information obtained may be used for that purpose.

966N
34260 / 19    2813 / 19
Discover.com
Discover®, Issued by Discover Bank, Member FDIC
100731
02:36:28
Page 1 of 1

11 LDWORA01 0012043
Printed on recyclable papers



P.O. Box 3025
New Albany, OH 43054-3025

LDWORA01 0012043
Deirdre Ryan
5031 Vine Cliff Way W
Palm Bch Gdns FL 33418-5101

```
                                   DOA NFE 1 3101 00 08/06/10
NOTIFY SENDER OF NEW ADDRESS
RYAN DEIRDRE M
78 HEMLOCK CIR
PEEKSKILL NY 10566-4903
BC: 10566490376      *2387-02429-06-42
```

FAZESP1 33
10566490903